UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 21-13853
Aubrey Scott Hunter )
 )
 ) Chapter: 13
 )
 ) Honorable Carol A. Doyle
 )
Debtor(s) )

## Order Granting Motion to Modify Automatic Stay

This matter coming to be heard on the Motion of U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust for Relief from Stay

IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust to exercise its in-rem rights under non-bankruptcy law with respect to the property located at 1501 DARROW, EVANSTON, IL 60201.

2. The stay under Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 08, 2022

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com